UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,  <br><br>   Plaintiff,  <br><br>   v.  <br><br>FEDERAL ELECTION COMMISSION,  <br><br>   Defendant. | Civ. No. 21-01376 (JEB)  <br><br><br>STIPULATION OF DISMSSAL |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), plaintiff Campaign Legal Center and Defendant Federal Election Commission hereby stipulate and agree that the complaint in the above-captioned case is voluntarily dismissed without prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Date: September 8, 2021

Respectfully submitted,

Counsel for Plaintiff:

*/s/ Erin Chlopak*
Erin Chlopak (DC Bar No. 496370)
Adav Noti (DC Bar No. 490714)
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC  20005
(202) 736-2200
echlopak@campaignlegalcenter.org
anoti@campaignlegalcenter.org

Counsel for Defendant:

Lisa J. Stevenson (D.C. Bar No. 457628)
Acting General Counsel
lstevenson@fec.gov

Kevin Deeley
Associate General Counsel
kdeeley@fec.gov

Jacob S. Siler (D.C. Bar No. 1003383)
Acting Assistant General Counsel
jsiler@fec.gov

2

/s/ Greg J. Mueller
Greg J. Mueller (D.C. Bar No. 462840)
Attorney
gmueller@fec.gov
FEDERAL ELECTION COMMISSION
1050 First Street NE
Washington, DC 20463
(202) 694-1650